IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ENDEAVOR ENERGY RESOURCES, L.P.,** a Texas Limited Partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 2:13cv542 **Electronic Filing** |
| **GATTO & REITZ, LLC,** a Pennsylvania Limited Liability Company, ) ) ) | |
| Defendant / Third Party Plaintiff, ) ) ) | |
| v. ) ) | |
| **RIDEC, INC.**, **MARCELLUS MINERAL GROUP, LLC** and **JAMES C. ELLIS**, ) ) ) ) | |
| Third Party Defendants. ) | |

## **MEMORANDUM ORDER**

AND NOW, this 23rd day of February, 2017, upon due consideration of plaintiff's motion to compel re: request(s) for admission as to website and the parties' submissions in conjunction therewith, IT IS ORDERED that [121] plaintiff's motion to compel be, and the same hereby is, granted.  Defendant Gatto & Reitz shall answer the request(s) without delay.

The ultimate issues pertaining to admissibility at trial are beyond the scope of the inquiry raised by plaintiff's motion.  And although the "relevancy" for the purpose of discovery is not particularly great, the relative access to the information, ease with which the information may be verified and expense of complying with the request do not place the discovery beyond the proper bounds of inquiry.

s/David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Denise D. Pentino, Esquire
William E. Robinson, Esquire
Randal M. Whitlach, Esquire
Nicholas J. Godfrey, Esquire
Dennis J. Roman, Esquire
Timothy R. Stienstraw, Esquire
Charlene S. Seibert, Esquire
Harry F. Kunselman, Esquire
Trent A. Echard, Esquire
Joseph M. George, Esquire
Christopher L. Blackwell, Esquire

(*Via CM/ECF Electronic Mail*)